1046

[No. 47762-9-II. Division Two. April 18, 2017.]

THE STATE OF WASHINGTON, *Respondent*, v. VENIAMIN GEORGE RUSEV, *Appellant*.

Appeal from a judgment of the Superior Court for Pierce County, No. 14-1-00779-7, John R. Hickman, J., entered June 26, 2015. *Affirmed in part* and *remanded* by unpublished opinion per Melnick, J., concurred in by Bjorgen, C.J., and Lee, J.

[No. 48320-3-II. Division Two. April 18, 2017.]

THE STATE OF WASHINGTON, *Respondent*, v. DOUGNYL AKEANG, *Appellant*.

Appeal from a judgment of the Superior Court for Pierce County, No. 15-1-00093-6, Elizabeth P. Martin, J., entered October 29, 2015. *Affirmed* by unpublished opinion per Sutton, J., concurred in by Worswick and Johanson, JJ.

[No. 48629-6-II. Division Two. April 18, 2017.]

THE STATE OF WASHINGTON, *Respondent*, v. MCKENNA G. STEIN, *Appellant*.

Appeal from a judgment of the Superior Court for Kitsap County, No. 15-1-01301-5, Sally F. Olsen, J., entered February 22, 2016. *Affirmed* by unpublished opinion per Sutton, J., concurred in by Maxa, A.C.J., and Worswick, J.

[No. 48644-0-II. Division Two. April 18, 2017.]

NOVA CONTRACTING, INC., *Appellant*, v. THE CITY OF OLYMPIA, *Respondent*.

Appeal from a judgment of the Superior Court for Thurston County, No. 14-2-02223-6, Gary R. Tabor, J., entered February 19, 2016. *Reversed* and *remanded* by unpublished opinion per Maxa, A.C.J., concurred in by Lee and Melnick, JJ.